**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **LAVONYA JEANETTE MOORE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **Cause No. 1:25-cv-00485-ALT** |
| **Defendant.** | ) | |

**OPINION AND ORDER**

*Pro se* Plaintiff LaVonya Jeanette Moore filed a "motion to waive filing fee" which the Court construes as a motion to proceed in forma pauperis on appeal. (ECF 33). Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Previously, Plaintiff was directed to file a statement of her grounds for appeal so this Court could make a good faith determination. (ECF 31 at 2). In her notice of appeal, Plaintiff has included such a statement. (*See* ECF 32 at 5 (referring to the document as a statement of grounds for appeal)).

Plaintiff's reasons for appeal are not taken in good faith. The Court has continually informed Plaintiff (*see* ECF 27, 31) that despite her insistence she has not received social security benefits due to a clerical error, she has identified no error on the part of the Administrative Law Judge or this Court at any time during this social security appeal. Plaintiff continues to advance no legal argument and failed to do so in her statement of grounds for appeal. (*See* ECF 33). An appeal based on her pure insistence of a "clerical error" is frivolous. As such, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that the appeal of this Court's affirmance of the Commissioner's decision would not be taken in good faith and therefore denies

in forma pauperis status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

For these reasons, Plaintiff's "motion to waive filing fee," which the Court construes as a motion to proceed in forma pauperis on appeal (ECF 33), is DENIED. The Clerk is directed to forward a copy of this Opinion and Order to the U.S. Court of Appeals for the Seventh Circuit.

SO ORDERED.

Entered this 24th day of August 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge